UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CR. NO. 4:24-CR-204 |
| v. | : |
| | : (Chief Judge Brann) |
| CHRISTOPHER MORELLI, | : |
| | : |
| Defendant. | : |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
### Attempted Enticement of a Minor
### (18 U.S.C. § 2422(b))

In or about July 2022 to in or about October 2023, in Centre County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**CHRISTOPHER MORELLI,**

did knowingly attempt to use a facility of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who he believed had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, namely, aggravated indecent assault, in violation of 18 Pa.C.S. Section 3125(a)(8), involuntary deviate sexual intercourse, in

1

violation of 18 Pa.C.S. Sections 3123(a)(7), and statutory sexual assault, in violation of 18 Pa.C.S. Section 3122.1(b).

In violation of Title 18, United States Code, Section 2422(b).

Dated: 8-5-2024

GERARD M. KARAM
United States Attorney

ALISAN V. MARTIN
Assistant United States Attorney